**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STEVEN C. HAYES** **PLAINTIFF**
**ADC #657050**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00347-LPR**

**LESLIE RUTLEDGE, Attorney General of Arkansas, *et al.*** **DEFENDANTS**

**WINSTON HOLLOWAY** **PLAINTIFF**
**ADC #67507**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00495-LPR**

**ARKANSAS GENERAL ASSEMBLY, *et al.*** **DEFENDANTS**

**ANTHONY D. LAMAR** **PLAINTIFF**
**ADC #120479**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00529-LPR**

**ASA HUTCHINSON, Governor of Arkansas, *et al.*** **DEFENDANTS**

**BILLY JOE GRANTHAM** **PLAINTIFF**
**ADC #551396**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00366-LPR**

**LESLIE RUTLEDGE, Attorney General of Arkansas** **DEFENDANT**

**RON HUGGINS** **PLAINTIFF**
**ADC #143066**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-00371-LPR**

**LESLIE RUTLEDGE, Attorney General of Arkansas** **DEFENDANT**

**WILLIAM HUFFORD** **PLAINTIFF**
**ADC #89747**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-00388-LPR**

**LESLIE RUTLEDGE, Attorney General of Arkansas** **DEFENDANT**

**RODNEY JOHNSON** **PLAINTIFF**
**ADC #089646**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-00403-LPR**

**LESLIE RUTLEDGE, Attorney General of Arkansas** **DEFENDANT**

**RONALD J. HAMILTON** **PLAINTIFF**
**ADC #133523**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-00404-LPR**

**LESLIE RUTLEDGE, Attorney General of Arkansas** **DEFENDANT**

**JOHN HAYES** **PLAINTIFF**
**ADC #145724**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00407-LPR**

**LESLIE RUTLEDGE, Attorney General of Arkansas** **DEFENDANT**

**ISAIAH Z. WILLIAMS** **PLAINTIFF**
**ADC #172886**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00465-LPR**

**LESLIE RUTLEDGE, Attorney General of Arkansas** **DEFENDANT**

**EARL GRIFFIN** **PLAINTIFF**
**ADC #068635**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00480-LPR**

**LESLIE RUTLEDGE, Attorney General of Arkansas** **DEFENDANT**

**MICAH WEBB** **PLAINTIFF**
**ADC #130969**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00498-LPR**

**ARKANSAS GENERAL ASEEMBLY, *et al.*** **DEFENDANTS**

**DEION JOHNSON** **PLAINTIFF**
**ADC #162765**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00499-LPR**

**ARKANSAS GENERAL ASSEMBLY, *et al.*** **DEFENDANTS**

**JAMES BUTLER** **PLAINTIFF**
**ADC #145762**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00500-LPR**

**ARKANSAS GENERAL ASSEMBLY, *et al.*** **DEFENDANTS**

**DARICK FOOTS** **PLAINTIFF**
**ADC #103593**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00504-LPR**

**ARKANSAS GENERAL ASSEMBLY, *et al.*** **DEFENDANTS**

**EDDIE WARDWELL** **PLAINTIFF**
**ADC #600086**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00505-LPR**

**ARKANSAS GENERAL ASSEMBLY, *et al.*** **DEFENDANTS**

**BRADLEY BERRY** **PLAINTIFF**
**ADC #174273**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00506-LPR**

**ARKANSAS GENERAL ASSEMBLY, *et al.*** **DEFENDANTS**

**KENNETH MOORE** **PLAINTIFF**
**ADC #157248**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00507-LPR**

**ARKANSAS GENERAL ASSEMBLY, *et al.*** **DEFENDANTS**

**JULIO MARQUEZ** **PLAINTIFF**
**ADC #172981**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00508-LPR**

**ARKANSAS GENERAL ASSEMBLY, *et al.*** **DEFENDANTS**

**PAUL LATHAM** **PLAINTIFF**
**ADC #075647**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00613-LPR**

**LESLIE RUTLEDGE, Attorney General of Arkansas, *et al.*** **DEFENDANTS**

**ANTHONY L. ABERNATHY** **PLAINTIFF**
**ADC #105616**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00689-LPR**

**LESLIE RUTLEDGE, Attorney General of Arkansas** **DEFENDANT**

**BRYAN K ABSTON** **PLAINTIFF**
**ADC #154648**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00729-LPR**

**TAMMY ALLEN, *et al.*** **DEFENDANTS**

**EDDIE S WATKINS** **PLAINTIFF**
**ADC #084056**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-00756-LPR**

**TANYA HIGGINS, *et al.*** **DEFENDANTS**

**STEVEN VANN** **PLAINTIFF**
**ADC #094029**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-00760-LPR**

**HIGGINS, *et al.*** **DEFENDANTS**

**ROBERT THOMAS REED** **PLAINTIFF**
**ADC #166139**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-00807-LPR**

**DEXTER PAYNE, *et al.*** **DEFENDANTS**

**KENNETH EUGENE JACKSON** **PLAINTIFF**
**ADC #134048**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-00775-LPR**

**SOLOMON GRAVES, *et al.*** **DEFENDANTS**

**JOE L BELL** **PLAINTIFF**
**ADC #156129**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-00796-LPR**

**ASA HUTCHINSON, Governor of Arkansas, *et al.*** **DEFENDANTS**

**MARK ALAN MCKUSKER** **PLAINTIFF**
**ADC #112311**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00802-LPR**

**KEJUANIA GRAYSON, *et al.*** **DEFENDANTS**

**DEONTAE MAURICE MCCRYSTAL** **PLAINTIFF**
**ADC #176738**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00803-LPR**

**KEJUANIA GRAYSON, *et al.*** **DEFENDANTS**

**LUTHER W DILLON** **PLAINTIFF**
**ADC #173503**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00809-LPR**

**TANYA HIGGINS, *et al.*** **DEFENDANTS**

**ONALD GILLIAM** **PLAINTIFF**
**ADC #127597**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00885-LPR**

**JOSEPH MAHONEY, *et al.*** **DEFENDANTS**

**CHRISTOPHER LEMMER** **PLAINTIFF**
**ADC #167363**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00860-LPR**

**ASA HUTCHINSON, Governor of Arkansas, *et al.*** **DEFENDANTS**

**EARNEST CHAMBLISS** **PLAINTIFF**
**ADC #140139**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 2:21-CV-00130-LPR**

**STATE OF ARKANSAS** **DEFENDANT**

**JACK ODEM, III** **PLAINTIFF**
**ADC #116620**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00948-LPR**

**ASA HUTCHINSON, Governor of** **DEFENDANTS**
**Arkansas, *et al.***

**MARION WESTERMAN** **PLAINTIFF**
**ADC #121452**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00949-LPR**

**ASA HUTCHINSON, Governor of** **DEFENDANTS**
**Arkansas, *et al.***

**TERRY L MCCOY** **PLAINTIFF**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00935-LPR**

**INTERNAL REVENUE SERVICE, *et al.*** **DEFENDANTS**

**JONATHAN BROWNING** **PLAINTIFF**
**ADC #168370**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-00937-LPR**

**ASA HUTCHINSON, Governor of** **DEFENDANTS**
**Arkansas, *et al.***

**BILLY MACK NICHOLS, JR** **PLAINTIFF**
**ADC #092713**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-00953-LPR**

**STATE OF ARKANSAS** **DEFENDANT**

**ZACHARY REEVES** **PLAINTIFF**
**ADC #164489**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 2:21-CV-00138-LPR**

**DEXTER PAYNE, *et al.*** **DEFENDANTS**

**JARELL D TERRY** **PLAINTIFF**
**ADC #149998**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 2:21-CV-00144-LPR**

**ASA HUTCHINSON, Governor of Arkansas, *et al.*** **DEFENDANTS**

**DAMIAN DURFLINGER** **PLAINTIFF**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-01089-LPR**

**ASA HUTCHINSON, Governor of Arkansas, *et al.*** **DEFENDANTS**

**PHILLIP DEWAYNE STEWART** **PLAINTIFF**

**v.** **Master Case: 4:21-CV-00347-LPR**
**Member Case: 4:21-CV-01241-LPR**

**ASA HUTCHINSON, Governor of Arkansas, *et al.*** **DEFENDANTS**

**KARL JONES** **PLAINTIFF**
**ADC #85760**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:21-CV-01204-LPR**

**DOES** **DEFENDANTS**

**JAMES ELWOOD SMITH** **PLAINTIFF**
**ADC #121300**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:22-CV-00116-LPR**

**BARBARA HOLLIMAN, *et al.*** **DEFENDANTS**

**BRODIE LEVI STONE** **PLAINTIFF**
**ADC #165523**

**Master Case: 4:21-CV-00347-LPR**
**v.** **Member Case: 4:22-CV-00192-LPR**

**ARKANSAS DEPARTMENT OF CORRECTIONS, *et al.*** **DEFENDANTS**

**ORDER**

Included in this master docket are dozens of cases brought by prisoners in the Arkansas state prison system. By and large, these cases present extremely similar legal claims: That Act 1110 and/or its enforcement by state prison officials is unlawful. In these cases, prisoners primarily seek the return of federal stimulus payments that were confiscated by state prison officials. In some cases, prisoners seek to prevent the confiscation of federal stimulus payments that have not yet been delivered to them. In the exercise of docket-management discretion, the

Court selected three representative test cases to go through the litigation process first.[1] The Court stayed the rest of the cases pending the outcome of those three test cases.[2]

The Court has now reached a final judgment in those three test cases.[3] In sum, the Court concluded that: (1) it is lawful for state prison officials to confiscate the federal stimulus funds sent to a prisoner and use those funds to pay off the prisoner's existing court fines, fees, costs, or restitution; but (2) any excess funds must be returned to the prisoner. That is, state prison officials may not keep or use the funds left over after a prisoners' court fines, fees, costs, or restitution are paid off. The Court has given the state prison officials 90 days from March 16, 2022, to return the excess funds already confiscated. As to future stimulus payments, the Court has ruled that state prison officials may hold confiscated funds for 90 days in order to determine whether the prisoner has existing court fines, fees, costs, or restitution. By the end of that 90-day period, any excess funds must be returned to the prisoner.

This ruling will likely address or moot most of the other cases on the master docket. Accordingly, the Court is administratively terminating all of the cases in the master docket and any pending motions in these cases. The cases in the master docket are no longer consolidated. Each case will return to its own docket. All future motions (if any) in these cases are to be filed in that case's individual member case docket. After the end of the 90-day period in which state officials must return the excess funds, the Court will allow each plaintiff in the various administratively terminated cases to move to re-open their case if he or she believes there is still a live claim (related to Act 1110 or otherwise) to adjudicate.

---

[1] *See* Consolidation Order (Doc. 36).

[2] *See* Order (Doc. 254).

[3] *See* Permanent Inj. Order (Doc. 422); Judgment (Doc. 423).

IT IS SO ORDERED this 16th day of March 2022.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE