# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PHILLIP DEWAYNE STEWART**                                                                **PLAINTIFF**

v.                                    Case No. 4:21-CV-01241-LPR

**ASA HUTCHINSON,** *et al.*                                                               **DEFENDANTS**

## ORDER

Plaintiff Phillip Dewayne Stewart was incarcerated at the Ouachita River Unit of the Arkansas Division of Correction at the time he filed this *pro se* civil action concerning the taking of his federal stimulus funds pursuant to Arkansas Act 1110 of 2021.[1] On July 27, 2022, the Court denied Mr. Stewart's Motion to Proceed *in forma pauperis* based on his status as a "three-striker" under the Prison Litigation Reform Act (PLRA).[2] The Court instructed Mr. Stewart that to proceed with this action, he must pay the full $402 filing fee within thirty days.[3] Mr. Stewart was warned that his failure to comply with the Order would result in the dismissal of his case pursuant to Local Rule 5.5(c)(2).[4]

Mr. Stewart has not paid the filing fee or otherwise responded to the July 27, 2022 Order. Accordingly, Mr. Stewart's Complaint is dismissed without prejudice pursuant to Local Rule

---

[1] Pl.'s Compl. (Doc. 2).

[2] Order (Doc. 9).

[3] *Id*. at 4.

[4] *Id*. Local Rule 5.5(c)(2) provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice**.** Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

    IT IS SO ORDERED this 20th day of September 2022.

                                                   _____
                                                   LEE P. RUDOFSKY
                                                   UNITED STATES DISTRICT JUDGE