IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP DEWAYNE STEWART**                                                                      **PLAINTIFF**

v.                                    Case No. 4:21-CV-01241-LPR

**ASA HUTCHINSON,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is considered, ordered, and adjudged that Plaintiff Phillip Dewayne Stewart's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would be considered frivolous and not in good faith.

IT IS SO ADJUDGED this 20th day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE